Commonwealth ex rel. Green, Appellant, *v.* Myers.

Submitted March 28, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Donald C. Green,* appellant, in propria persona.

*Wilson Bucher,* Assistant District Attorney, and *Alfred C. Alspach,* District Attorney, for appellee.

546

Opinion Per Curiam, April 12, 1962:

The order of the court below is affirmed on the opinion of President Judge Wissler of the Court of Common Pleas of Lancaster County, as reported in 26 Pa. D. & C. 2d 501.